**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  **Margaret E. Hudson**                    )
                                                  ) Case No.  **10-48204**
             Debtor(s).                           ) Hearing Date:

## ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
☒ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
☐ The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Dismissal of prior case**
☐ A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):** ☒ The attorney has not represented the debtor(s) in any prior bankruptcy case.
☐ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
    Case no. _____ Chapter __ Plan Confirmed? ☐ Yes ☐ No  Fees paid $ ____
    Case no. _____ Chapter __ Plan Confirmed? ☐ Yes ☐ No  Fees paid $ ____
    Case no. _____ Chapter __ Plan Confirmed? ☐ Yes ☐ No  Fees paid $ ____

**Fees sought in present case:**
☐ $___, for services            ☒ $ **3,300.00**, for services      ☐ $___, for services
through plan confirmation.        through case closing.                after plan confirmation

**Expense reimbursement:**   ☐ $___, for filing fee.
                             ☐ $___, for expenses **itemized on the attached sheet.**
         Total reimbursement requested: $___.

**Payment received directly from debtor:** ☒ None         ☐ $___.

**Compensation previously awarded in this case:**       ☒ None
         ☐ a total of $___, pursuant to order(s) entered on the following dates: _____.

**Plan payments:** $386.00 per month for 36 months

**Secured debt:** ☐ None  ☐ home mortgage(s) in default  ☐ motor vehicle loans
                  ☐ Other:_____.

**Unsecured Debt:**    ____ No. of claims: **9**  Total amount: **9,206.40**
                       To be paid under plan  **15** %

**Professional time expended:**    **18.5** attorney hours; ____ paraprofessional hours.

**Itemization of time:**   ☒ Not Submitted    ☐ Attached to this application.

**Hourly rates:** $ **275.00** attorney; $ ____ paraprofessional.

**Date of Application:** April 10, 2011       Attorney's signature: _____
                                               Daniel Logan
                                               Daniel Logan, Attorney at Law
                                               150 N. Michigan Avenue
                                               Suite 800
                                               Chicago, IL 60601
                                               312-282-6600

Form No. 23, revised 05/01/07